# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1749

_____

Todd Richard Ladoucer,                    *
                                          *
                Appellant,                *
                                          *   Appeal from the United States
        v.                                *   District Court for the
                                          *   District of Minnesota.
Sherburne County Jail; Sgt. Chris         *
Hansen; Jody Williams; Angie              *   [UNPUBLISHED]
Knutson; Sheri Stone; Jason               *
Kolbinger, and others yet to be named,    *
                                          *
                Apellees.                 *

_____

Submitted: November 22, 2010
Filed: December 7, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

   Todd Ladoucer appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful de novo review, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884 (8th Cir. 2009), we agree with the district court that Ladoucer failed to create any trialworthy issues on the matters raised in his

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

complaint for the reasons explained by the court in its thorough opinion.  We also reject his contention that the magistrate judge exhibited bias.  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____